22 So.2d 21

**Brooks GLASS, Supt. of Ins., v. MASSA-CHUSETTS MUTUAL LIFE INS. CO.**

3 Div. 429.

Supreme Court of Alabama.

April 26, 1945.

Wm. N. McQueen, Acting Atty. Gen., and J. W. Arbuthnot and John O. Harris, Asst. Attys. Gen., for appellant.

Rushton, Weil, Stakely, Johnston & Williams and Hill, Hill, Whiting & Rives, all of Montgomery, for appellee.

GARDNER, Chief Justice.

This is a companion case to Glass v. Prudential Insurance Company of America, ante, p. 579, 22 So.2d 13. Upon that authority, the decree is due to be reversed, and it is so ordered.

Reversed and remanded.

All the Justices concur.